# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 14, 2026

Lyle W. Cayce
Clerk

No. 25-60476

Shelter Mutual Insurance Company,

*Plaintiff—Appellee*,

*versus*

Noah Gibbs; Baiden Gibbs,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CV-46

_____

Before Stewart, Haynes, and Oldham, *Circuit Judges*.
Per Curiam:[*]

Appellants Noah and Baiden Gibbs appeal the district court's grant of summary judgment to appellee Shelter Mutual Insurance Company. Having reviewed the record, the district court decision, and the parties' briefs, we find no reversible error. AFFIRMED. *See* 5th Cir. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.